# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TRANELL NASH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:14-cv-499-RLY-DML |
| | ) | |
| WAYNE A. JONES, R.N., | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court

now enters FINAL JUDGMENT in favor of the defendant and against the plaintiff. The plaintiff

shall take nothing from his second amended complaint.

Date: _____08/27/2015_____

Laura Briggs, Clerk of Court

By: _Dina M. Dafte_
    Deputy Clerk

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Tranell Nash
No. 147576
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Electronically Registered Counsel